| | |
|---|---|
| 1 | Roderick M. Thompson (State Bar No. 96192) |
| | Alexander E. Potente (State Bar No. 208240) |
| 2 | Lucas W. Huizar (State Bar No. 227111) |
| | FARELLA BRAUN + MARTEL LLP |
| 3 | Russ Building, 235 Montgomery Street |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4480 |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | ANDREW PICKHOLTZ and |
| | 353 PATENT LLC |
| 7 | |
| | Andrew Pickholtz (State Bar No. 145585) |
| 8 | 1464 Church Street |
| | San Francisco, CA 94131 |
| 9 | Telephone: (415) 206-0112 |
| 10 | Attorney for Plaintiff |
| | ANDREW PICKHOLTZ |
| 11 | |
| | Michael J. Lennon |
| 12 | Mark A. Hannemann |
| | Paul T. Qualey |
| 13 | KENYON & KENYON |
| | One Broadway |
| 14 | New York, NY 10004 |
| | Tel: 212.908.6238 |
| 15 | Fax: 212.425.5288 |
| 16 | Philip J. McCabe (Bar No. 201092) |
| | River Park Towers, 333 West San Carlos, Suite 600 |
| 17 | San Jose, CA 95110 |
| | Tel: 408.975.7965 |
| 18 | Fax: 408.975.7501 |
| 19 | Attorneys for Defendants |
| | ALADDIN KNOWLEDGE SYSTEMS LTD. AND ALADDIN |
| 20 | KNOWLEDGE SYSTEMS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW PICKHOLTZ and 353 PATENT LLC, Plaintiffs, v. ALADDIN KNOWLEDGE SYSTEMS LTD. and ALADDIN KNOWLEDGE SYSTEMS, INC., Defendants. | No. C 04-01979 WHA **STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., it is hereby stipulated by and between Plaintiffs Andrew Pickholtz and 353 Patent LLC and Defendants Aladdin Knowledge Systems Ltd. and Aladdin Knowledge Systems, Inc., by their attorneys, that all claims and causes of action brought in this action by Andrew Pickholtz and/or 353 Patent LLC against Aladdin Knowledge Systems Ltd. and/or Aladdin Knowledge Systems, Inc. are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. The court shall retain jurisdiction for purposes of enforcing the settlement agreement.

**Concurrence in filing this document was obtained from Paul T. Qualey in compliance with General Order No. 45, Section X.**

**STIPULATED TO:**

Dated: April 29, 2005                                              Dated: April 29, 2005


 /s/ Alexander E. Potente                                          /s/ Paul T. Qualey (appearing pro hac vice)
FARELLA BRAUN & MARTEL LLP                                         KENYON & KENYON
Roderick M. Thompson (Bar No. 96192)                               Michael J. Lennon
Alexander E. Potente (Bar No. 208240)                              Mark A. Hannemann
Lucas W. Huizar (State Bar No. 227111)                             Paul T. Qualey
235 Montgomery Street                                              One Broadway
San Francisco, CA  94104                                           New York, NY  10004
Tel:  415.954.4400                                                 Tel: 212.908.6439
Fax:  415.954.4480                                                 Fax: 212.425.5288
E-mail:  rthompson@fbm.com                                         E-mail:  mlennon@kenyon.com

*Attorneys for Plaintiffs*                                         Philip J. McCabe (Bar No. 201092)
*Andrew Pickholtz and*                                             River Park Towers
*353 Patent LLC*                                                   333 West San Carlos, Suite 600
                                                                   San Jose, CA  95110
                                                                   Tel: 408.975.7965
                                                                   Fax: 408.975.7501
                                                                   E-mail:  pmccabe@kenyon.com

                                                                   *Attorneys for Defendants*
                                                                   *Aladdin Knowledge Systems Ltd. and*
                                                                   *Aladdin Knowledge Systems, Inc.*

1

2  **SO ORDERED:**

3

4  Dated: _____

5                                          Hon. William H. Alsup
                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28